**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Katherine E. Tammaro, Esq.
200 Campus Drive
Florham Park, NJ 07932
Tel: (973) 624-0800
Fax: (973) 624-0808
katherine.tammaro@wilsonelser.com
Attorneys for Plaintiff WESCO Insurance Company

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WESCO INSURANCE COMPANY, | |
| Plaintiff, | Civil Action No.: 18-cv-13710 (WJM) (MF) |
| v. | |
| ROBERT WALSH ASSOCIATES, LLC, ROBERT WALSH, and SAMY BOUTROS, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WESCO Insurance Company, and Defendants Robert Walsh Associates, LLC and Robert Walsh, by and through their respective undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Tolling Agreement between the parties, the Complaint filed in this matter by Plaintiffs against all Defendants is dismissed without prejudice and without costs, attorneys' fees, expenses, or disbursements to any party.

2803621v.1

Dated: August 23, 2019
    New Jersey

| | |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | TRINITY & FARSIOU, LLC |
| By: /s/Katherine E. Tammaro<br>Katherine E. Tammaro, Esq.<br>200 Campus Drive<br>Florham Park, New Jersey 07932<br>Tel: (973) 624-0800<br>Fax: (973) 624-0808<br>*Attorneys for Plaintiff WESCO Insurance Company* | By: /s/Joseph F. Trinity<br>Joseph F. Trinity, Esq.<br>47 Maple Avenue, Suite 7<br>Flemington, New Jersey 08822<br>Tel: (908) 824-7265<br>Fax: (908) 968-3891<br>*Attorneys for Defendants Robert Walsh Associates LLC and Robert Walsh* |