**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Katherine E. Tammaro, Esq.
200 Campus Drive
Florham Park, NJ 07932
Tel: (973) 624-0800
Fax: (973) 624-0808
katherine.tammaro@wilsonelser.com
Attorneys for Plaintiff WESCO Insurance Company

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WESCO INSURANCE COMPANY, | |
| Plaintiff, | Civil Action No.: 18-cv-13710 (WJM) (MF) |
| v. | |
| ROBERT WALSH ASSOCIATES, LLC, ROBERT WALSH, and SAMY BOUTROS, | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | |

Plaintiff WESCO Insurance Company, by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Samy Boutros.

2805366v.1

Dated: August 27, 2019
     New Jersey

                            Respectfully submitted,

                            By: /s/Katherine E. Tammaro
                               Katherine E. Tammaro, Esq.
                               WILSON, ELSER, MOSKOWITZ,
                               EDELMAN & DICKER LLP
                               200 Campus Drive
                               Florham Park, New Jersey 07932
                               Tel: (973) 624-0800
                               Fax: (973) 624-0808
                               *Attorneys for Plaintiff WESCO Insurance Company*

2805366v.1